1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RICHARD C. EVERETT,                    No.  2:18-mc-00090-CKD P

12                   Plaintiff,

13           v.                              ORDER

14    CALIFORNIA DEPARTMENT OF
      CORRECTIONS AND
15    REHABILITATION,

16                   Defendant.

17

18           Plaintiff, a state prisoner, has filed a letter indicating that he is unable to electronically file

19    a civil rights action pursuant to 42 U.S.C. § 1983 because the prison is on lockdown.  ECF No. 1.

20    Accordingly, no civil rights complaint has been filed.  In order to commence an action, plaintiff

21    must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff

22    must either pay the required filing fee or file an application requesting leave to proceed in forma

23    pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders granting or

24    denying relief until an action has been properly commenced.

25           Accordingly, IT IS HEREBY ORDERED that:

26           1.  Plaintiff's June 7, 2018 letter of the prison's lockdown status is denied without

27    _____

28    [1] If leave to proceed in forma pauperis is granted, plaintiff will still be required to pay the filing
      fee, but will be permitted to pay it in installments.

                                              1

1 prejudice.

2      2. Plaintiff is granted thirty days from the date of service of this order to file a complaint

3 that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure,

4 and the Local Rules of Practice. The complaint must bear the docket number assigned this case.

5 Plaintiff shall also submit, within thirty days from the date of this order, the application to

6 proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the

7 amount of $400.00. Plaintiff's failure to comply with this order will result in a recommendation

8 that this matter be dismissed.

9      3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil

10 rights action, and the application to proceed in forma pauperis by a prisoner.

11 Dated: June 13, 2018

12                                                 CAROLYN K. DELANEY

13                                                 UNITED STATES MAGISTRATE JUDGE

19 12/ever0090.nocompl.docx

2